```
STUART HANLON, SBN: 66104
LAW OFFICES OF HANLON & RIEF
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
ISIDRO BASTIDAS LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0107 CRB |
| Plaintiff, ) | **STIPULATION & [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| v. ) | |
| ISIDRO BASTIDAS LOPEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled Sentencing hearing for April 4, 2012, before the Hon. Judge Charles R. Breyer be continued to June 6th, 2012 at 2:00 p.m.

This matter is being continued at the request of attorney Stuart Hanlon due to a conflict in schedule that makes it impossible for him to appear before the Court on the presently set date of April 4, 2012. Mr. Hanlon will be in a homicide trial in Alameda County. Probation has confirmed availability for the requested date of June 6th, 2012.

```
Dated: March 27, 2012              s/Stuart Hanlon, CSBN: 66104
                                   s/Sara Rief, CSBN: 227279
                                   LAW OFFICES OF HANLON & RIEF
                                   Attorneys for Defendant ISIDRO LOPEZ
                                   179 11th Street, 2nd Floor
                                   San Francisco, CA 94103
                                   415/864-5600
```

*Lopez: Stipulation to Continue Sentencing Date*                                                                        1

| | | |
|---|---|---|
| Dated: March 27, 2012 | | s/Barbara Solano<br>Assistant United States Attorney<br>Office of The U.S. Attorney<br>Northern District of California |
| Dated: March 27, 2012 | | s/Geoffrey Hansen<br>Attorney for Defendant Ruben Arreola-Aguilloz |
| Dated: March 27, 2012 | | s/Jeffrey Bornstein<br>Attorney for Defendant Bernardo Alapizco Martinez |
| Dated: March 27, 2012 | | s/Linda Ann Fullerton<br>Attorney for Defendant Guadalupe Padilla |

### ORDER

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the Sentencing Hearing in the above-captioned matter be continued from April 4, 2012 to June 6, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 2, 2012

HON. JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

*Lopez: Stipulation to Continue Sentencing Date*                                                            2